# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# JS-6

## CIVIL MINUTES – GENERAL

| Case No. | SA CV 20-00291-DOC -ADSx | Date | October 27, 2021 |
|---|---|---|---|
| Title | Robyn Cosslett v. Laguna Treatment Hospital | | |

Present: The Honorable     DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**PROCEEDINGS:**     **(IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION TO DISMISS WITH PREJUDICE**

    The Court, having been advised that this action has been resolved by a Stipulation of Dismissal [48], hereby orders this action dismissed with prejudice.  The Court hereby orders all proceedings in the case vacated and taken off calendar.

                                                       -     :    -

Initials of Deputy Clerk     kdu